# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2024

## NO. 03-24-00302-CV

**Jeffrey Flynt, Appellant**

**v.**

**Legacy, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on April 19, 2024. Jeffrey Flynt has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.